Report Date: November 29, 2017

# United States District Court

## for the

## Eastern District of Washington

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Mandy Lee Thomason                    Case Number: 0980 2:16CR00198-SMJ-5

Address of Offender:

Name of Sentencing Judicial Officer:  The Honorable Salvador Mendoza, U.S. District Judge

Date of Original Sentence: September 28, 2017

| | | |
|---|---|---|
| Original Offense: | Conspiracy to Commit Bank Fraud, 18 U.S.C. §§ 1344 & 1349 | |
| Original Sentence: | Prison 201 days; TSR - 48 days | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | George J. C. Jacobs, III | Date Supervision Commenced: October 3, 2017 |
| Defense Attorney: | Federal Defenders Office | Date Supervision Expires: October 2, 2021 |

## PETITIONING THE COURT

To issue a summons.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Mandatory Condition # 3**: You must refrain from any unlawful use of a controlled substance.  You must submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court. |
| | **Supporting Evidence**: On October 5, 2017, Ms. Mandy Thomason signed her conditions of supervision relative to case number 2:16CR00198-SMJ-5, indicating that she understood all conditions as ordered by the Court.  Specifically, Ms. Thomason was made aware by her U.S. probation officer of the condition requiring that she refrain from any unlawful use of a controlled substance. |
| | On October 18, 2017, Ms. Thomason violated the above-stated condition of supervision by consuming methamphetamine.  On the noted date, Ms. Thomason reported to Pioneer Human  Services and provided a urine sample which tested presumptively positive for methamphetamine. Ms. Thomason signed an admission of use form in which she admitted to using methamphetamine on or about October 17, 2017.  She informed this officer that she went to a friend's house to pick up clothing, and while there they consumed methamphetamine. |

On October 24, 2017, the undersigned officer received confirmation from Alere Inc. verifying that the sample provided by Ms. Thomason on October 18, 2017, was in fact positive for methamphetamine.

After failing to appear for phase urinalysis testing at Pioneer Human Services on November 20, 2017, this officer conducted an unannounced home visit at Ms. Thomason's residence on November 22, 2017. During the home visit, Ms. Thomason provided a urine sample which tested presumptively positive for methamphetamine. Ms. Thomason signed a denial of use form denying use of a prohibited controlled substance. Lab confirmation revealed a negative result for illicit substances.

2 **Special Condition # 18**: You must undergo a substance abuse evaluation and, if indicated by a licensed/certified treatment provider, enter into and successfully complete an approved substance abuse treatment program, which could include inpatient treatment and aftercare upon further order of the court. You must contribute to the cost of treatment according to your ability to pay. You must allow full reciprocal disclosure between the supervising officer and treatment provider.

**Supporting Evidence**: On October 5, 2017, Ms. Mandy Thomason signed her conditions of supervision relative to case number 2:16CR00198-SMJ-5, indicating that she understood all conditions as ordered by the Court. Specifically, Ms. Thomason was made aware by her U.S. probation officer of the condition requiring that she refrain from any unlawful use of a controlled substance.

On November 22, 2017, this officer was notified by the contracted treatment provider that Ms. Thomason violated the above-stated condition of supervision by failing to report for substance abuse treatment at Pioneer Human Services on November 13, 15, 17 and 20, 2017.

On October 18, 2017, Ms. Thomason completed a substance abuse assessment at Pioneer Human Services as required by the Court. Based on that assessment, Ms. Thomason was enrolled in intensive outpatient treatment and required to attend sessions three times per week.

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the offender to appear to answer to the allegation(s) contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 11/29/2017

s/Amber M.K. Andrade

Amber M.K. Andrade
U.S. Probation Officer

THE COURT ORDERS

[ ]  No Action
[ ]  The Issuance of a Warrant
[X]  The Issuance of a Summons
[ ]  Other

_____
Signature of Judicial Officer

_____11/29/2017_____
Date