PROB 12C
(6/16)

Report Date: April 27, 2018

## United States District Court

for the

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

May 02, 2018

SEAN F. McAVOY, CLERK

**Petition for Warrant or Summons for Offender Under Supervision**

| | |
|---|---|
| Name of Offender: Mandy Lee Thomason | Case Number: 0980 2:16CR00198-SMJ-5 |
| Address of Offender: | Spokane, Washington 99207 |

Name of Sentencing Judicial Officer: The Honorable Salvador Mendoza, U.S. District Judge

Date of Original Sentence: September 28, 2017

| | | |
|---|---|---|
| Original Offense: | Conspiracy to Commit Bank Fraud, 18 U.S.C. §§ 1344 & 1349 | |
| Original Sentence: | Prison - 201 days<br>TSR - 48 days | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | George J. C. Jacobs, III | Date Supervision Commenced: October 3, 2017 |
| Defense Attorney: | Miles Pope | Date Supervision Expires: October 2, 2021 |

## PETITIONING THE COURT

To issue a summons and to incorporate the violation contained in this petition in future proceedings with the violations previously reported to the Court on 11/29/2017.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 3 | **Mandatory Condition # 3**: You must refrain from any unlawful use of a controlled substance. You must submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court. |

**Supporting Evidence**: On October 5, 2017, Mandy Thomason signed her conditions of supervision, indicating that she understood all conditions as ordered by the Court. Specifically, Ms. Thomason was made aware by her U.S. probation officer of the condition requiring that she refrain from any unlawful use of a controlled substance.

On April 10, 2018, Ms. Thomason violated the above-stated condition of supervision by consuming methamphetamine. On April 16, 2018, the undersigned officer received notification from Pioneer Human Services that the offender had submitted a urine sample that tested presumptive positive for amphetamine and methamphetamine on April 10, 2018.

On April 17, 2018, Ms. Thomason returned this officer's call and stated she had run into the same friend she had smoked methamphetamine with on October 17, 2017. This friend reportedly allowed Ms. Thomason to use her EBT card to get something to eat. Upon arriving at said friend's house to return the card, the offender stated that she walked in on her friend smoking methamphetamine. She reported she took a few hits of the pipe, and immediately felt stupid.

Prob12C
**Re: Thomason, Mandy Lee**
**April 27, 2018**
**Page 2**

On April 25, 2018, this officer received confirmation from Millennium Health that the urine sample Ms. Thomason provided on April 10, 2018, was in fact positive for amphetamine and methamphetamine. On that same date, the offender reported to the United States Probation Office and signed an admission of use form admitting to the use of methamphetamine on April 9, 2018. Ms. Thomason also provided a urinalysis sample at that time which was negative for illicit substances.

The U.S. Probation Office respectfully recommends the Court incorporate the violation contained in this petition in future proceedings with the violations previously reported to the Court on 11/29/2017, and that the Court issue a summons requiring the offender to appear to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

| Executed on: | 04/27/2018 |
|---|---|
| | s/Amber M.K. Andrade |
| | Amber M. K. Andrade |
| | U.S. Probation Officer |

THE COURT ORDERS

[ ]  No Action
[ ]  The Issuance of a Warrant
[X]  The Issuance of a Summons
[X]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]  Defendant to appear before the Judge assigned to the case.
[X]  Defendant to appear before the Magistrate Judge.
[ ]  Other

Signature of Judicial Officer

05/02/2018
Date